UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-20103-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRETT THOMAS GRAHAM,

    Defendant.

_____/

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Brett Thomas Graham, by and through undersigned counsel, and unopposed by the government, respectfully moves to continue the sentencing hearing for two weeks. In support thereof, he states the following.

1. On March 14, 2025, Mr. Graham made his initial appearance on an indictment charging him with three counts of wire fraud, in violation of 18 U.S.C. § 1343; and five counts of money laundering, in violation of 18 U.S.C. § 1957. (DE 8, 3).

2. Mr. Graham was released from custody on a $4,000,000 personal surety bond. (DE 10). He was also subject to various conditions of release, including location monitoring via an ankle monitor. (*Id.*)

3. On May 13, 2025, Mr. Graham pled guilty to one count of wire fraud (Count One of the indictment). (DE 25). He is currently scheduled for sentencing hearing on September 16, 2025. (DE 28).

4. On July 9, 2025, Mr. Graham filed an unopposed motion to remove location monitoring as a condition of his pretrial release, as his pretrial officer described him as "very compliant." (DE 35). The Court granted the motion on July 10, 2025. (DE 36).

5. Mr. Graham continues to comply with the conditions of his release. He has appeared for all court dates and appointments, and remains in consistent contact with undersigned counsel.

6. This morning, the government provided materials for sentencing, including a video, a letter from the attorney who represents Mr. Graham's mother in California state court (with exhibits that total over 100 pages), a letter from Ms. Kraus, and a letter from Mr. Graham's sister (with attachments of 15 pages).

7. The materials allege inflammatory behavior outside the realm of the indictment. If these materials are to be considered by the Court for sentencing, undersigned counsel requires time to investigate these claims and rebut them.

8. This request is made in good faith and not for purposes of unnecessary delay. It is necessary to ensure that Mr. Graham receives the effective assistance of counsel in this important matter. It is in the interests of the justice and does not prejudice the public or Mr. Graham in a speedy resolution of this matter.

9. Undersigned has conferred with AUSA Eli Rubin, who advised that the government does not oppose a continuance in this matter.

WHEREFORE, Mr. Graham, through counsel, respectfully requests that the Court grant a continuance of two weeks for sentencing.

          Respectfully Submitted,

          HECTOR A. DOPICO
          FEDERAL PUBLIC DEFENDER

By:  */s/ Elizabeth Blair*
      Elizabeth Blair
      Assistant Federal Public Defender
      Florida Bar No. 0106280
      150 W. Flagler Street, Suite 1700
      Miami, Florida  33130
      Tel: 305-530-7000/Fax:  305-536-4559
      Email Address: Elizabeth_blair@fd.org

**CERTIFICATE OF SERVICE**

      I HEREBY certify that on **September 15, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                     /s/ *Elizabeth Blair*
                                                     Elizabeth Blair